IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DURAN E. HORSFORD,

    Plaintiff,

v.                                                      Civil Action No. **3:12CV557**

N.J. WEBEL, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on August 28, 2012, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that the Court would dismiss his action if he failed to keep the Court informed of his current address. On November 20, 2013, the United States Postal Service returned a November 13, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
James R. S[...]
United States [...] Judge

Date: 1-30-14
Richmond, Virginia